# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JEROME ABRAMS, | } | Civil Action 2:11-cv-991 |
| | } | |
| Plaintiff, | } | JUDGE: MICHAEL H. WATSON |
| | } | |
| v. | } | |
| | } | |
| PINNACLE FINANCIAL GROUP | } | |
| | } | |
| Defendant. | } | |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Now comes Plaintiff, by and through undersigned counsel and hereby voluntary dismisses his case, with prejudice, pursuant to Rule 41(a)(1)(A)(i).

Respectfully Submitted,

KAHN & ASSOCIATES, L.L.C.

/s/ J. Daniel Scharville
J. DANIEL SCHARVILLE (0071132)
6200 Rockside Woods Blvd – Suite 215
Independence, Ohio 44131
(216) 621-6101
(216) 621-6006 Facsimile
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JEROME ABRAMS, | } | Civil Action 2:11-cv-991 |
| | } | |
| Plaintiff, | } | JUDGE: MICHAEL H. WATSON |
| | } | |
| v. | } | |
| | } | |
| PINNACLE FINANCIAL GROUP | } | |
| | } | |
| Defendant. | } | |

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE having come before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice, it is hereby ORDERED that this case is dismissed with prejudice.

SO ORDERED THIS _____ day of December, 2011.

_____
Judge Michael H. Watson